1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar #14853
3  BIANCA R. PUCCI
   Assistant United States Attorney
4  Nevada Bar #12940
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
6  Bianca.Pucci@usdoj.gov
   *Attorneys for the United States of America*

7
                     **UNITED STATES DISTRICT COURT**
8                         **DISTRICT OF NEVADA**

9   IN THE MATTER OF THE
    SEARCH OF                              Case No.: 2:21-mj-00278-EJY
10  BLACK MOTOROLA CELL
    PHONE, MODEL: XT-2005DL               **Government's Motion to Unseal**
11  IMEI:35815871151347
    CURRENTLY LOCATED AND
12  BEING SECURELY STORED
    WITH THE NORTH LAS VEGAS
13  POLICE DEPARTMENT

14      The United States of America, by and through the undersigned, respectfully moves this

15  Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to

16  unseal the Search Warrants filed under the instant case and all related documents in anticipation

17  of producing the same as discovery in Case No. 2:21-mj-00283-EJY.

18      DATED this 5th day of April, 2021.

19                                      Respectfully,

20                                      CHRISTOPHER CHIOU
                                        Acting United States Attorney
21
                                        */s/ Bianca R. Pucci*
22                                      BIANCA R. PUCCI
                                        Assistant United States Attorney
23

24

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF BLACK MOTOROLA CELL PHONE, MODEL: XT-2005DL IMEI:35815871151347 CURRENTLY LOCATED AND BEING SECURELY STORED WITH THE NORTH LAS VEGAS POLICE DEPARTMENT | Case No.: 2:21-mj-00278-EJY<br><br>**Order to Unseal** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 5th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

2